LINDA KAGEN, an infant and Another, by their parent ANITA REISNER, et al., Appellants, v. THEODORE KAGEN, Respondent.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.